TIMOTHY J. MURPHY, Respondent, v. RACHEL GRANIS WEIL, Appellant, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

SAMUEL WEINSTEIN, Respondent, v. JOB E. HEDGES, as Receiver, etc., and Others, Appellants.— Motion granted. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

DOMENICA DHEMBI (Formerly DOMENICA CARAMETA), as Administratrix, etc., Appellant, v. LEON BLEECKER, Respondent, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.